UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JERRYKHA SMITH** | **CIV. ACTION NO. 3:23-00395** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **USA** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 9], with no objection having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 7] is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA**, this 19th day of December, 2023.

_____
TERRY A. DOUGHTY, JUDGE
UNITED STATES DISTRICT COURT